## LONG v. WHITT.
(Decided February 11, 1915.)

APPEAL from Selma City Court.

Heard before Hon. J. W. MABRY.

No counsel for appellant. PETTUS, FULLER & LAPSLEY, for appellee.

Per curiam. Appeal dismissed for want of prosecution.

---

## McDUFFY v. MURPHY.
(Two cases.)
(Decided January 22, 1915.)

APPEAL from Andalusia City Court.

Heard before Hon. ED. T. ALBRITTON.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

## McLAUGHLIN v. BEYER.
(Decided November 7, 1914.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

STERLING A. WOOD, and CLEMENT R. WOOD, for appellant. W. J. WHITTAKER, and FRANK S. WHITE & SONS, for appellee.

Per curiam. Appeal dismissed. See 177 Ala. 672, 58 South. 1037.